# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

HAMZA MAMUDU,

Petitioner,

v.

JEREMY CASEY, WARDEN, *et al.*,

Respondents.

Case No. 26-cv-01868-BAS-JLB

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 9)**

Petitioner Hamza Mamudu filed an Amended Habeas Petition pursuant to Section 2241, requesting either immediate release from immigration custody or a bond hearing before an Immigration Judge with certain safeguards. (ECF No. 9.) Petitioner claims his prolonged detention of nearly sixteen months violates due process. (*Id.*) The Government "concedes that this Court should order that Petitioner receive a bond hearing where the Government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight." (ECF No. 11.)

In light of the Government's concession, the Court **GRANTS** the Amended Petition and orders a bond hearing before an Immigration Judge with certain safeguards. To the extent Petitioner argues he should be released immediately, or the bond hearing should be heard by the district court because the neutrality of all Immigration Judges has been compromised, the Court finds the evidence insufficient and denies those requests.

- 1 -

26cv1868

Accordingly, the Court issues the following writ:

The Court **ORDERS** that Hamza Mamudu (A#249-140-400) be granted a bond hearing before an Immigration Judge within 14 days of the date of this order. At that bond hearing, the Government bears the burden of proving, by clear and convincing evidence, that Petitioner poses either a danger to the community or a risk of flight. If Petitioner is granted bond, then Respondents are prohibited from invoking the automatic stay procedure for bond appeals to the Board of Immigration Appeals. If such a bond hearing is not held within 14 days, Petitioner is ordered released forthwith.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 15, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1868